STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF BOONE

PEOPLE OF THE STATE OF ILLINOIS,

PLAINTIFF,

VS                                           CASE NO.   2021 CM 81

RICHARD WIGGINTON,

DEFENDANT,

**22cv50440**
**Judge Philip G. Reinhard**
**Magistrate Judge Lisa A. Jensen**

I an sending, providing and supplying the following court document via electronic service:

NOTICE OF PETITION and WARRANT of REMOVAL: Filed in the United States District Court for the Northern District of Illinois Western Division:

Notice to adverse parties and State Court. Promptly after the filing of such notice of Removal Defendant in the above captioned case, "Plaintiff in Removal case" shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of Boone County State Court, which shall effect the removal and the State court shall proceed no further unless and until the case is remanded.

To:    United States Postal Service 1800 Doc Wolf Drive Belvidere, Illinois 61008

To:    United States Postal Service employee in her official capacity Kalia Osborne at 1800 Doc Wolf Drive Belvidere, Illinois 61008.

To:    United States Postal Service employee in her official capacity Kalia Osborne

1

at 1800 Doc Wolf Drive Belvidere, Illinois 61008.

With copies to United States Postal Service General Counsel

To: Boone County State Attorney 601 N Main Street Belvidere, Illinois 61008

To: Boone County Clerk 601 N Main Street Belvidere, Illinois 61008.

I certify that everything in the proof of delivery is true and correct

*Richard Wigginton*  December 21, 2022

Richard Wigginton
549 Prairie Point Drive
Poplar Grove, Illinois 61065
Tel: (309) 716-5622
Email: mericaoncheck@yahoo.com
*Pro Se Petitioner Party of Record*