# EXHIBIT #A

COPY

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF BOONE

FILED BY
BOONE COUNTY ILLINOIS
JUL 20 2021

Linda J. Anderson
CLERK OF THE CIRCUIT COURT

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, ) <br> PLAINTIFF, ) <br> VS. ) <br> RICHARD A. WIGGINTON, ) <br> DOB: 06/29/1971 ) <br> DEFENDANT ) | NO. 2021 CM 81 |

## INFORMATION

The State's Attorney of said County charges:

### COUNT 1

That on or about the 18th day of May, 2021, in the County of Boone, State of Illinois, Richard A. Wigginton committed the offense of **RESISTING A PEACE OFFICER** in that the said defendant knowing Officer K.C. Brox to be a peace officer engaged in an authorized act within her official duties, being the arrest of the defendant, pulled away from Officer Brox, **in violation of Chapter 720, Act 5, Section 31-1 (a) of the Illinois Compiled Statutes. (CLASS A MISDEMEANOR)**

### COUNT 2

That on or about the 18th day of May, 2021, in the County of Boone, State of Illinois, Richard A. Wigginton committed the offense of **RESISTING A PEACE OFFICER** in that the said defendant knowing Officer Zachary Reese to be a peace officer engaged in an authorized act within his official duties, being the arrest of the defendant, pulled away from Officer Reese, **in violation of Chapter 720, Act 5, Section 31-1 (a) of the Illinois Compiled Statutes. (CLASS A MISDEMEANOR)**

### COUNT 3

That on or about the 18th day of May, 2021, in the County of Boone, State of Illinois, Richard A. Wigginton committed the offense of **RESISTING A PEACE OFFICER** in that the said defendant knowing Officer K.C. Brox to be a peace officer engaged in an authorized act within her official duties, being the arrest of the defendant, tensed his arms into a straight position when told to place his hands behind his back, in violation of Chapter 720, Act 5, Section 31-1 (a) of the Illinois Compiled Statutes. **(CLASS A MISDEMEANOR)**



## COUNT 4

That on or about the 18th day of May, 2021, in the County of Boone, State of Illinois, Richard A. Wigginton committed the offense of **CRIMINAL TRESPASS TO REAL PROPERTY** in that the said defendant knowingly remained within the Post Office building at 1800 Doc Wolf Drive, Belvidere, IL, after being told by employee Stephanie Johnson to leave the building, **in violation of Chapter 720, Act 5, Section 21-3(a)(1) of the Illinois Compiled Statutes. (CLASS B MISDEMEANOR)**

## COUNT 5

That on or about the 18th day of May, 2021, in the County of Boone, State of Illinois, Richard A. Wigginton committed the offense of **CRIMINAL TRESPASS TO REAL PROPERTY** in that the said defendant knowingly remained on the land of the Post Office at 1800 Doc Wolf Drive, Belvidere, IL, after being told by Officer K.C. Brox, acting at the direction of a postal employee Kaila Osborne, to leave the land, **in violation of Chapter 720, Act 5, Section 21-3(a)(3) of the Illinois Compiled Statutes. (CLASS B MISDEMEANOR)**

## COUNT 6

That on or about the 18th day of May, 2021, in the County of Boone, State of Illinois, Richard A. Wigginton committed the offense of **DISORDERLY CONDUCT** in that said defendant knowingly acted in such an unreasonable manner as to alarm and disturb postal employee Stephanie Johnson and to provoke a breach of the peace in that said defendant continued to video record employees and patrons of the Post Office after being told to stop recording by Stephanie Johnson, **in violation of Chapter 720, Act 5, Section 5/26-1(a)(1). (CLASS C MISDEMEANOR)**

## COUNT 7

That on or about the 18th day of May, 2021, in the County of Boone, State of Illinois, Richard A. Wigginton committed the offense of **DISORDERLY CONDUCT** in that said defendant knowingly acted in such an unreasonable manner as to alarm and disturb postal employee Stephanie Johnson and to provoke a breach of the peace in that said defendant acted in a threatening manner and said to Stephanie Johnson, "You want to get educated today?" after being told by Stephanie Johnson that she was calling the police, **in violation of Chapter 720, Act 5, Section 5/26-1(a)(1). (CLASS C MISDEMEANOR)**



## COUNT 8

That on or about the 18th day of May, 2021, in the County of Boone, State of Illinois, Richard A. Wigginton committed the offense of **DISORDERLY CONDUCT** in that said defendant knowingly acted in such an unreasonable manner as to alarm and disturb postal employees and to provoke a breach of the peace in that said defendant, after being told to leave, followed and approached employees and disrupted their interactions with patrons at the Post Office, in violation of Chapter 720, Act 5, Section 5/26-1(a)(1). **(CLASS C MISDEMEANOR)**

Robin Babcox-Poole
Assistant State's Attorney

STATE OF ILLINOIS )
COUNTY OF BOONE ) ss.

The undersigned, on oath says that the facts set forth in the foregoing Information are true in substance and matter of fact.

Sworn to before me this
20 day of July, 2021

Notary Public

OFFICIAL SEAL
WENDY M ROWE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES JUN 09 2022

State of Illinois
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
County of Boone

THE PEOPLE OF THE STATE OF ILLINOIS
Vs.

Richard A. Wigginton
Defendant

No. 21CM81

06/29/1971
Date of Birth

| M | W | 5-6 | 160 |
|---|---|-----|-----|
| Sex | Race | Ht. | Wt. |

Report#: 202100009949

549 Prairie Point Drive
Street Address

Poplar Grove, IL 61065
City, State  Zip

FILED
BOONE COUNTY ILLINOIS

MAY 19 2021

Linda J. Anderson BY RSS
CLERK OF THE CIRCUIT COURT

## CRIMINAL COMPLAINT

### Count One

Complainant Officer Brox on oath charges: That on the 18th day of May, 2021, in the County of Boone, State of Illinois, Richard A. Wigginton committed the offense of

### Resisting a Peace Officer

In that the said defendant: Richard A. Wigginton; knowingly resisted Officer Brox when she attempted to take the defendant into custody by tensing his arms and refusing to place them behind his back.

**In violation of Section 31-1(a) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes.**

Page 1 of 3

## Count Two

Complainant Officer Brox on oath charges: That on the 18 day of May, 2021, in the County of Boone, State of Illinois, Richard A. Wigginton committed the offense of

### Criminal Trespass to Real Property

In that the said defendant: Richard A. Wigginton knowingly remained on the property, 1800 Doc Wolf Drive Belvidere, IL, The Post Office, after receiving notice from Police and Postal employees to depart.

In violation of Section 21-3(a)(3) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes.

## Count Three

Complainant Officer Brox on oath charges: That on the 18th day of May, 2021, in the County of Boone, State of Illinois, Richard A. Wigginton committed the offense of

### Disorderly Conduct

In that the said defendant: Richard A. Wigginton acted in an unreasonable manner causing alarm and disturbing the employees of the Post Officer Located 1800 Doc Wolf Dr. Belvidere, IL 61008, provoking the breach of peace by refusing to wear a mask, recording postal employees, refusing to leave when asked by employees.

In violation of Section 26-1(a)(1) of ACT 5 of CHAPTER 720 of the Illinois Complied Statues.

_____
Complainant

615 N. Main St.          815/544-9626
Street Address           Phone #

Belvidere, Illinois   61008
City, State           Zip

Page 2 of 3

SWORN TO before me this 18th day of May, 2021.

_Gloria Chavera_
Notary Public

OFFICIAL SEAL
GLORIA CHAVERA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/06/23

$ 1000/10%
Bond

July 15th 2021 at 8:30 AM
Appearance Date and Time
Boone County Court House
Appearance Location

SHERIFF'S FEES
SERVICE $
MILEAGE $

RETURN $
POSTAGE $
TOTAL $

I have examined the above information and the person under oath presenting the same and have heard evidence thereon, and I am satisfied there is probable cause for filing same. Leave is given to file said complaint. Warrant Issued.

Bail Fixed at $ _____

_____
Judge      Judge's No.

COPY 1 – TO COURT      COPY 2 – DEFENDANTS COPY   COPY 3 – STATE'S
ATTORNEY
                       Page 3 of 3

# PROBABLE CAUSE AFFIDAVIT 21CM81

**Officers must fill out a Probable Cause Affidavit in any case which is the result of an arrest without a warrant.

## COURT FINDING

____ Probable cause has been found to detain Defendant.

____ No probable cause, Defendant to be released from custody, and served with a Notice to Appear.

____ Defendant to be released on Recognizance Bond.

Date: _____      _____
                                        (JUDGE'S SIGNATURE)

Defendant's Name: |WIGGINTON, RICHARD A.| ROC #: |202100009949|

Charge: |CRIMINAL TRESPASS, RESISTING A PEACE OFFICER, DISORDERLY CONDUCT|

Arrest Date: |May 18, 2021|      Time of Arrest: |1158|

FILED
BOONE COUNTY ILLINOIS
MAY 19 2021
Linda J. Anderson BY RSS
CLERK OF THE CIRCUIT COURT

"X" If officer saw incident: ☒

Explain how the crime was discovered and how it was committed:
|On 05/18/2021 at 1153 hours, I Officer Brox responded to the Post Office, 1800 Doc Wolf Drive for a disorderly subject refusing to leave the property. Upon arrival the Post Office I observed an unmasked male recording in the lobby being told to leave by a postal employee and multiple customers watching the incident. I told the male he would need to leave the property as requested by the employees. The male refused. I asked the employee, Kaila N. Osborne, if they wanted the customer removed and trespassed. She stated yes. I told the customer multiple times that he needed to leave the property and that he was trespassed, not welcome to come back. The male was hesitant but finally went outside in front of the door where he refused to leave the property. I informed the male he would be arrested if he did not leave the property. The male continued recording and refused to leave. At this time City Officers attempted to place the male, later identified as Richard A. Wigginton, DOB 06/29/1971 under arrested for trespassing and disorderly conduct. Richard resisted arrest refusing to put his hands behind his back, tensing up, causing City Officers to take him to the ground and finally place him in handcuffs.|

Explain how the Defendant was identified as the perpetrator of the crime alleged (include names of persons making identification):

Page 1 of 2

# PROBABLE CAUSE AFFIDAVIT

**THE DEFENDANT IDENTIFIED HIMSELF VERBALLY AS RICHARD A. WIGGINTON, DOB 06/29/1971.**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he or she verily believes the same to be true.

Date: 5/18/21

(OFFICER'S SIGNATURE)

\*\*If the offense is one of the following listed below; the Addendum to Probable Cause Affidavit MUST BE COMPLETED.\*\*

OFFENSES: -Violation of an O.P. - Domestic Battery - Aggravated Domestic Battery - Kidnapping - Aggravated Kidnapping - Unlawful Restraint - Aggravated Unlawful Restraint – Stalking - Aggravated Stalking – Cyberstalking - Harassment by Telephone - Harassment Through Electronic Communications - or an attempt to commit first degree murder committed against an intimate partner regardless whether an O.P. has been issued against the person.