# EXHIBIT #D



UNITED STATES POSTAL INSPECTION SERVICE

OFFICE OF COUNSEL

March 8, 2022

Ms. Beverly Wigginton
P.O. Box 1235
Belvidere, IL 61008-1235

RE: FOIA No. 2022-FPIS-00251

Dear Ms. Wigginton:

This is in further reference to your letter dated March 3, 2022, requesting, pursuant to the Freedom of Information Act, access to certain records that may be in the custody of the U.S. Postal Inspection Service regarding the following:

> Any concurrent agreements between the USPS and any law enforcement agency for the following property Belvidere Post Office 1800 Doc Wolf Drive Belvidere, Illinois 61008. If there is any other terminology that USPS or USPIS may use to classify the documents including but not limited to "agreement" "memorandums" "contract" "interagency" etc... for all the identified properties listed please identify and supply.

Concerning the above request, we provided a final response letter for FOIA number 2022-FPIS-00155 on January 19, 2022, which a search was conducted and no record of any current or past records, no signed agreements, or Memorandums of Understanding (MOU). FOIA number 2022-FPIS-00251 is a duplicate of this request 2022-FPIS-00155.

Enclosed you will find a copy of FOIA number 2022-FPIS-00155.

If you have any questions regarding the handling of your request, please contact the Inspection Service FOIA Requester Service Center at (202) 268-7004 between the hours of 8:30 a.m. – 5:00 p.m. (Eastern Time) or by email at FOIA@uspis.gov.

If you consider this response to be a denial of your request for records, you have the right to appeal this response by writing to the General Counsel, U.S. Postal Service, 475 L'Enfant Plaza, SW, Washington, DC 20260-1135, within 90 days of the date of this response letter or via email at FOIAAppeal@usps.gov. Your appeal must be postmarked or electronically transmitted within 90 days of the date of the response to your request. The letter of appeal should include: (1) A copy of the request, any notification of denial or other action, and any other related correspondence; (2) The FOIA tracking number assigned to the request; (3) A statement of the action, or failure to act, from which the appeal is taken; (4) A statement identifying the specific redactions to responsive records that you are challenging; (5) A statement of the relief sought; and (6) A statement of the reasons why you believe the action or failure to act is erroneous.

475 L'ENFANT PLAZA, SW, ROOM 3301
WASHINGTON, DC 20260-2101
TELEPHONE: 202-268-7004
EMAIL: FOIA@USPIS.GOV
FAX: 202-268-4538

Additionally, you may contact the Office of Government Information Services (OGIS) which was created to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways: write to the Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, MD 20740-6001; email to ogis@nara.gov; call (202) 741-5770 (toll-free (877) 684-6448); fax to 202-741-5769.

Sincerely,

/s/

Anastasia Washington
FOIA Analyst

Enclosures



UNITED STATES POSTAL INSPECTION SERVICE

OFFICE OF COUNSEL

January 19, 2022

Ms. Beverly Wigginton
P.O. Box 1235
Belvidere, IL 61008-1235

RE: FOIA No. 2022-FPIS-00155

Dear Ms. Wigginton:

This is in reference to your letter dated January 4, 2022, requesting, pursuant to the Freedom of Information Act, access to certain records that may be in the custody of the U.S. Postal Inspection Service regarding the following:

> A copy of any current or past signed agreement(s), include MOU, or any other, to which the Chief Postal Inspector entered into with local Law enforcement (including Belvidere Police Department, Boone County Sheriff's Department) with the following specific USPS (post office) property located at 1800 Doc Wolf Drive Belvidere, Illinois 61008.

A search was conducted of the Postal Inspection Service records at National Headquarters, and the records at the Chicago Division, the field elements whose jurisdiction includes the state of Illinois. These searches disclosed no record of any current or past records, no signed agreements, Memorandums of Understanding (MOU), or other written/electronic communications entered into by the Chief Postal Inspector with the Belvidere Police Department or Boone County Sheriff Department.

If you have any questions regarding the handling of your request, please contact the Inspection Service FOIA Requester Service Center at (202) 268-7004 between the hours of 8:30 a.m. – 5:00 p.m (Eastern Time) or by email at FOIA@uspis.gov.

If you consider this response to be a denial of your request for records, you have the right to appeal this response by writing to the General Counsel, U.S. Postal Service, 475 L'Enfant Plaza, SW, Washington, DC 20260-1135, within 90 days of the date of this response letter or via email at FOIAAppeal@usps.gov. Your appeal must be postmarked or electronically transmitted within 90 days of the date of the response to your request. The letter of appeal should include: (1) A copy of the request, any notification of denial or other action, and any other related correspondence, (2) The FOIA tracking number assigned to the request; (3) A statement of the action, or failure to act, from which the appeal is taken; (4) A statement identifying the specific redactions to responsive records that you are challenging; (5) A statement of the relief sought; and (6) A statement of the reasons why you believe the action or failure to act is erroneous.

475 L'ENFANT PLAZA, SW ROOM 3301
WASHINGTON, DC 20260-2181
TELEPHONE: 202-268-7004
EMAIL: FOIA@USPIS.GOV
FAX: 202-268-4533

- 2 -

Additionally, you may contact the Office of Government Information Services (OGIS) which was created to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways: write to the Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, MD 20740-6001; email to ogis@nara.gov; call (202) 741-5770 (toll-free (877) 684-6448); fax to 202-741-5769.

Sincerely,
/s/
Anastasia Washington
FOIA Analyst



UNITED STATES POSTAL INSPECTION SERVICE

OFFICE OF COUNSEL

March 3, 2022

Ms. Beverly Wigginton
P.O. Box 1235
Belvidere, IL 61008-1235

RE: FOIA No. 2022-FPIS-00231

Dear Ms. Wigginton:

This is in further reference to your letter dated February 17, 2022, requesting, pursuant to the Freedom of Information Act, access to certain records that may be in the custody of the U.S. Postal Inspection Service regarding any concurrent agreements between the USPS and any law enforcement agency for the following properties:

For the county of Winnebago, Illinois

- Cherry Valley  210 E State St Cherry Valley, Il 61016-9293
- Durand  211 N Center St Durand, Il 61024-8922
- Loves Park  1702 Windsor Rd Loves Park, Il 61111-9711
- Pecatonica  120 E 3rd St Pecatonica, Il 61063-9194
- Broadway  1140 Broadway Rockford, Il 61104-9706
- Downtown Rockford  401 S Main St Fl 1 Rockford, Il 61101-9705
- East Rockford  111 N 6th St Rockford, Il 61107-9700
- Kilburn Rockford  2440 Kilburn Ave Rockford, Il 61101-9700
- New Towne Rockford Carr Annx  5225 Harrison Ave Rm 100 Rockford, Il 61125-9302
- Rockford  5225 Harrison Ave Rockford, Il 61125-9997
- Rockton 214 W Main St Rockton, Il 61072 /2400 Roscoe/ 11320 Main St Roscoe, Il 61073 / 6508 Seward/ 2970 Tracy St Seward, Il 61077-9802
- Shirland  13047 Putnam St Shirland, Il 61079-9801
- South Beloit  311 Oak Grove Ave South Beloit, Il 61080-1968
- Winnebago 105 Landmark Dr Winnebago, Il 61088-8591

For the county of Boone, Illinois

- Caledonia Post Office 2201 Il Route 173 Caledonia, IL 61011
- Capron Post Office 120 W Main St Capron, IL 61012
- Garden Prairie Post Office 6820 Pleasant St Garden Prairie, IL 61038
- Poplar Grove Post Office 105 E Britnie Dr Poplar Grove, IL 61065

A search was conducted of the Postal Inspection Service records at National Headquarters, as well as those records at the Chicago Division, the field element whose jurisdiction includes the state of Illinois. You are advised that the Postal

475 L'ENFANT PLAZA, SW ROOM 3301
WASHINGTON, DC 20260-2101
TELEPHONE: 202-268-7004
EMAIL: FOIA@USPIS.GOV
FAX: 202-268-4338

Inspection Service has no record concerning the subject of your query.

If you have any questions regarding the handling of your request, please contact the Inspection Service FOIA Requester Service Center at (202) 268-7004 between the hours of 8:30 a.m. – 5:00 p.m. (Eastern Time) or by email at FOIA@uspis.gov.

If you consider this response to be a denial of your request for records, you have the right to appeal this response by writing to the General Counsel, U.S. Postal Service, 475 L'Enfant Plaza, SW, Washington, DC 20260-1135, within 90 days of the date of this response letter or via email at FOIAAppeal@usps.gov. Your appeal must be postmarked or electronically transmitted within 90 days of the date of the response to your request. The letter of appeal should include: (1) A copy of the request, any notification of denial or other action, and any other related correspondence; (2) The FOIA tracking number assigned to the request; (3) A statement of the action, or failure to act, from which the appeal is taken; (4) A statement identifying the specific redactions to responsive records that you are challenging; (5) A statement of the relief sought; and (6) A statement of the reasons why you believe the action or failure to act is erroneous.

Additionally, you may contact the Office of Government Information Services (OGIS) which was created to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways: write to the Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, MD 20740-6001; email to ogis@nara.gov; call (202) 741-5770 (toll-free (877) 684-6448); fax to 202-741-5769.

Sincerely,

/S/

Melissa Brantley
FOIA Analyst