# EXHIBIT #H

## BELVIDERE POLICE DEPARTMENT
## COUNSELING RECORD

**Department Member:** _KC Brox_   **Date:** _5/26/21_

### NOTICE TO MEMBER

By means of this document, your Supervisor is notifying you that one or more areas of your performance are deficient to the level that administrative action is necessary. Disciplinary action, however, may not be an appropriate choice at this time and, as such, this record will be maintained as outlined below in an effort to offer you the opportunity to correct the deficiency without further adverse affect to either yourself or the Department. Management assumes that members who are working in good faith wish to follow the rules, regulations, policies and procedures of the Department and when given constructive feedback such as this notice, will respond in a positive manner to assist in correcting the oversights.

1. Your performance is deficient in the following area(s):
   _Courtesy – Regulation 17 of Policy 4-001 / De-escalation. Members shall control their tempers, exercise the utmost patience and discretion, and shall not engage in argumentative discussions, even in the face of extreme provocation_

2. You are being notified that your performance is unacceptable because it adversely affects the Department's business necessity in the following manner:
   _On 5/18/21, you and other Officers responded to Post Office for a disorderly subject. When you arrived, you told subject to get out and stated they did not want him here. The expectation is that if circumstances allow to make contact with someone and start de-escalation to include introducing self and finding out what had happened._

3. You are being notified that the following standards of conduct/performance will be expected to improve within the following time period:
   _We will revisit and 90 days to see if there are any further issues._

4. You are being advised that failure on your part to demonstrate clear and convincing corrections to the aforementioned conduct/performance will result in the following actions:
   Verbal warning

_5/26/21_    _KCBrox 404_    _[signature]_
Review Date    Member's Signature    Supervisor

### Instructions and Dispositions

This form will not be placed in the member's personnel file *at this time*. The original will be maintained by the issuing supervisor and copies will be provided to the officer and supervisory staff. If the member achieves the desired level of performance and demonstrates that such conduct will be maintained, this form will only be maintained by the member's direct supervisor as part of his/her supervisory notes.

If the member's performance/conduct does not improve, the original form will be placed into the member's personnel file and will be used to support future administrative action which management may deem appropriate/necessary for the purpose of correcting the named deficiency(s).