# EXHIBIT #1



**Policy**
**1-005**

Belvidere Police Department
Policy Manual

# Jurisdiction and Non-Jurisdiction Assistance

**1-005.1    POLICY**
A primary goal of the department is to provide efficient, high quality law enforcement services to the community during emergency and non-emergency situations, and provide assistance to non-jurisdictional authorities when possible.

**1-005.2    PURPOSE**
To inform all personnel of the jurisdiction and commitment to other law enforcement agencies.

**DEFINITIONS**
Emergency Situation - An actual or potential condition that poses an immediate threat to life or property. In the context of mutual aid, it means a situation that exceeds the capability of a local agency to counteract successfully.

Mutual Aid - An exchange of services, personnel, and/or equipment between law enforcement agencies during times of emergency. Mutual aid shall not be considered as routine assistance rendered to another agency, i.e., traffic control, canines, backup on a service call, etc.

Neighboring Jurisdiction - A city or other unit of local government within the county, or an adjoining county.

**1-005.3    DEPARTMENT JURISDICTION**
The area of jurisdiction of the Belvidere Police Department is the geographic boundaries of the City of Belvidere, State of Illinois. A detailed map of the city of Belvidere may be found in the patrol office.

**1-005.4    ASSISTANCE TO OTHER LAW ENFORCEMENT AGENCIES**
Other local, state, or federal law enforcement agencies may request assistance from our department. Any such requests shall be directed to the appropriate shift or section supervisor, Deputy Chiefs of Police or Chief of Police who shall either grant or deny the request. If assistance is granted, the above supervisor will also determine what assistance and manpower will be utilized. Those services and assistance include, but are not limited to:

- Detectives
- Patrol officers
- Accident Reconstructionist
- K9 Team
- SWAT Team

When a request for assistance is received, the Communications Center shall be advised of the request so that a CAD ticket is properly generated.

Whenever any officer encounters a police officer from another agency and it appears that the officer's safety may be in jeopardy, the officer shall render immediate assistance after notifying the Communications Center. All other assists must be approved by appropriate supervisors. For additional guidelines and procedures that may be applicable, refer to **General Order 5-059 - Patrol: Assisting Other Agencies.**

**1-005.5     SCOPE OF MUTUAL AID AGREEMENT**
The law enforcement agencies in the region have entered into a cooperative agreement whereby each may request temporary emergency assistance from any or all other member agencies.

The Mutual Assistance Agreement may be invoked by designated members of this or any other member agency during any emergency situation where there is an immediate threat to life or property, and the requesting agency has determined that it does not have sufficient resources to meet that threat in an adequate manner.

Under the terms of the agreement, this and other departments are committed to the provision of personnel, equipment, and specialized units to a member agency to the extent that it would not endanger primary services to our own jurisdiction.

In order to maintain the efficient implementation of the agreement, the Chief of Police or his/her designee will have the following responsibilities:
- Attendance at regular meetings with other member agency chief executive officers to formulate or revise emergency plans, share information, and assess the general emergency needs of the region;
- Provision of data to member agencies concerning this department's available manpower per shift, equipment and specialized units, and maintenance of similar information from the other member agencies;
- Timely negotiation of additions to or renewal of the agreement.

The costs of the salaries or wages, pensions, relief and workers' compensation for loaned personnel resulting from mutual assistance duty shall be the responsibility of the individual agencies providing those services.

**1-005.6     REQUESTS FOR ASSISTANCE THROUGH THE AGREEMENT**
In those instances in which the department has prior knowledge of a large scale event or incident, requests for mutual assistance shall be forwarded to the Chief of Police or *Deputy Chief of Police in a timely fashion through the chain of command.*

In the event that this department requires assistance in handling an emergency, the field supervisor in charge at the scene of the emergency shall contact the non-jurisdictional authority and advised them of the situation. The field supervisor shall be prepared to relay the following information to the Chief of Police and Deputy Chief of Police:
- Nature of the emergency
- Measures taken to bring the situation under control, and why they have proven insufficient
- Estimated amount of equipment, personnel, or special units that will be necessary to bring the situation under control.

The CEO of each member agency is the sole designated official permitted to request or authorize emergency assistance.
- Requests may be made by telephone or in writing and are subject to confirmation.
- The requesting agency is responsible for providing member agencies with the information necessary to determine the levels of assistance required.
- Each member agency is only committed to providing assistance to the extent that it does not endanger primary operations, and may withdraw loaned personnel or equipment where circumstances require redeployment in their jurisdiction.
- All member agencies, whether or not requested to provide assistance, shall remain on alert status during the term of the emergency.

**1-005.7     EMERGENCY SCENE RESPONSIBILITIES**
The on-duty supervisor shall be in charge at the emergency site until relieved. All loaned personnel shall follow the site supervisor's lawful orders. However, where the provided mutual assistance involves the loan of a specialized SWAT Team, hostage negotiation, bomb disposal, or canine unit, the commander of that specialized unit shall be responsible for the implementation of the mission to be accomplished, as determined and directed by the field commander of the requesting agency. For additional guidelines and procedures that may be applicable, refer to **General Order 5-016 - Barricaded Persons/Hostage Situations.**

When taking law enforcement actions at the emergency site, including uses of force, Belvidere police officers shall at all times adhere to department policies and procedures, and utilize only those weapons and tactics with which they have qualified. For additional guidelines and procedures that may be applicable, refer to **General Order 5-001 - Use of Force.**

Officers on loan from this department to an emergency site shall regularly apprise our Communications Center or designated department supervisor concerning the continued status of the emergency, line-of-duty injuries, or need for relief.

Officers may only take those law enforcement actions permitted under state law for emergency allocation outside the original appointing jurisdiction.

Department personnel providing mutual assistance shall only make arrests for offenses directly related to the emergency situation and shall assist in the preliminary processing of arrestees as follows:
- Identification of arrestees
- Control of property obtained from arrestees
- Completion of criminal complaint
- Transportation of arrestees
- Court duty.

**1-005.8     REVIEW OF MUTUAL AID AGREEMENT**
The Chief of Police shall review or cause to be reviewed the mutual aid agreement on an annual basis. This review will be conducted to ensure that it describes the current legal

status of, as well as the current information concerning, the agencies that are party to the agreement.

**1-005.9      FEDERAL AND STATE LAW ENFORCEMENT AGENCY ASSISTANCE**
The department may request emergency assistance from a federal law enforcement agency where a federal crime is involved.  The request will be made by the highest ranking officer on duty, after notifying the Chief of Police and Deputy Chief of Police.  The Communications Center maintains a listing of federal agency emergency telephone numbers.

The Illinois National Guard may be contacted for emergency assistance whenever a state of emergency exists.  The Chief of Police and Deputy Chief of Police will be notified and They, or their designee, shall make the request in accordance with the Illinois Compiled Statutes.  Some of the emergencies in which the Illinois National Guard may be requested to assist are:

- Floods
- Snow emergencies
- Evacuations for natural or man-made disasters
- Civil disturbances.

_____                          _____
Shane Woody, Chief of Police                               Approval Date