# EXHIBIT #J



MICHAEL DRELLA, CITY ATTORNEY
401 WHITNEY BLVD., STE. 100
BELVIDERE, IL 61008

**BELVIDERE, ILLINOIS**
ESTABLISHED 1881

cityattorney@ci.belvidere.il.us
PHONE: 815-544-2612
FAX: 815-544-3060

June 3, 2021

By Email: mericaoncheck@yahoo.com

Mr. Richard Wigginton

    Re:    FOIA Requests dated June 2, 2021

Dear Mr. Wigginton,

The City of Belvidere received your June 2, 2021 request pursuant to the Illinois Freedom of Information Act 5 ILCS 140/1 et seq. That request seems to seek "...a copy of the signed concurrent jurisdiction agreement between the Belvidere Police Department and the Federal USPS...". A copy of that request is enclosed for your convenience.

The City of Belvidere does not have any records responsive to your request.

You have a right to have the City's response to your request reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General. 5 ILCS 140/9.5(a). You can file your Request for Review with the PAC by writing to:

    Public Access Counselor
    Office of the Attorney General
    500 South 2nd Street
    Springfield, Illinois 62706
    Fax: 217-782-1396
    E-mail: publicaccess@atg.state.il.us

If you have any questions, please feel free to call.

Sincerely,

Michael S. Drella
City Attorney

Enclosure





## Mike Drella

**From:** mdrella@ci.belvidere.il.us
**Sent:** Monday, October 4, 2021 1:28 PM
**To:** Jane.Sternecky@ilag.gov
**Cc:** sturnipseed@ci.belvidere.il.us
**Subject:** RE: 2021-PAC-C-0381

Ms. Sternecky —

Thank you for reaching out regarding this matter. As we discussed, the City of Belvidere does not have an agreement with the USPS. We do not utilize their property in any manner. The original request likely arises out of a call for service that the Belvidere Police Department received from the Belvidere USPS and to which the Belvidere Police Department responded.

If you have any questions, please feel free to call.

Mike Drella
City Attorney
City of Belvidere
401 Whitney Blvd.
Belvidere, IL 61008

**From:** Sternecky, Jane <Jane.Sternecky@ilag.gov>
**Sent:** Monday, October 4, 2021 12:42 PM
**To:** Mike Drella <mdrella@ci.belvidere.il.us>
**Subject:** 2021-PAC-C-0381

> This message originated from an **External Source**. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

Mr. Drella:

The Public Access Bureau is in receipt of the attached Request for Review, 2021-PAC-C-0381, which is attached for your reference. Mr. Wigginton provided a copy of the City's response to his FOIA request, in which you stated that the City did not possess a copy of the signed concurrent jurisdiction agreement between the Belvidere PD and the USPS. Could you please give me further details, on a preliminary basis, regarding the nature of the Belvidere PD's use of the USPS's land and the extent to which such an agreement may exist?

I appreciate your assistance.

Kind Regards,

Jane Sternecky
Assistant Attorney General
Public Access Bureau
c: (773) 590-7120
jane.sternecky@ilag.gov