# EXHIBIT #K

## RE: [EXTERNAL] Question Regarding Rodiquez ,& Touhy Regulation

mericaoncheck@y.../Inbox

**Almaguer, Alejandro E** <aealmaguer@uspis.gov>
To: Merica Check <mericaoncheck@yahoo.com>

Dec 15 at 12:49 PM

Mr. Wigginton

As to your question regarding Mr. Rodriguez, I have no response.

USPIS is not waiving the Touhy regulations.

Thank you

Alejandro E. Almaguer
Agency Counsel
U.S. Postal Inspection Service
895 Central Avenue, Ste. 400
Cincinnati, OH 45202
513-684-8033
AEAlmaguer@uspis.gov


-----Original Message-----
From: Merica Check <mericaoncheck@yahoo.com>
Sent: Thursday, December 15, 2022 1:32 PM
To: Almaguer, Alejandro E <AEAlmaguer@uspis.gov>
Subject: [EXTERNAL] Question Regarding Rodiquez ,& Touhy Regulation

CAUTION: This email originated from outside USPS. STOP and CONSIDER before responding, clicking on links, or opening attachments.

Sir,

As it appears by all communications you are direct point of contact for employee US Postal inspector Daniel Rodriquez, that being said, I need the current status as to the subpoena served on this individual. This inquiry is specifically as to whether Rodriquez is authorized to testify, or is the USPIS standing on the information provided to Deputy Chief Wallace?

Secondly, in preparation for my defense and Criminal trial in Boone County, is the USPIS prepared and willing to waive all Touhy Regulations for me?

Respectfully
Richard Wigginton