IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Richard Wigginton, | ) |
|       Plaintiff, | ) |
| | ) Case No. 22 C 50440 |
| vs. | ) |
| | ) |
| United States Postal Service, et al., | ) Judge Philip G. Reinhard |
| | ) |
|       Defendants. | ) |

## ORDER

      Plaintiff, Richard Wigginton, filed a document [1] captioned, Notice of Petition and Warrant for Removal. In it he "prays for retaining the removal of the instant state court proceeding" in this court. Plaintiff previously removed (22cv50361) an Illinois state court misdemeanor criminal prosecution against him from the 17th Judicial Circuit, Boone County. Illinois. This court remanded that case to the state court as not properly removable. Plaintiff appealed and the court of appeals summarily dismissed the appeal because the "district court properly remanded this case to state court." *Wigginton v. State of Illinois* No. 22-2977 (7TH Cir. Dec. 15, 2022). Plaintiff has now filed this new case again seeking the removal of his state criminal case. For the reasons set forth in the order of remand in 22cv50361, plaintiff's petition is denied. The state criminal prosecution is not removable. Plaintiff's application to proceed in forma pauperis [3] is denied. This case is dismissed for lack of subject matter jurisdiction.

Date: 1/11/2023                                                          ENTER:

                                                                                                   *Philip G. Reinhard*
                                                                      United States District Court Judge

                                                                                           Notices Mailed by Judicial Staff.